CREDITORS MATRIX

Capital One Auto Finance, a division of
Capital One, N.A.
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

FLAGSTONE LENDING GROUP
4750 West Wiley Way
Salt Lake City Utah 84116

MARY A. LESTER
3507 Loure Ln
Houston Tx 77082

MIRAMAR LAKE HOMEOWNERS ASSOCIATION
1100 Corporate Centre Dr.
Houston Tx. 77041

MTH LENDING GROUP L.P.,
550 Westcott
Houston Tx 77007

MERITAGE HOMES OF TEXAS LLC.
18655 North Claret Dr.
Scottsdale Az 85255

MERITAGE HOMES CORPORATION
8800 East Raintree Drive
Scottsdale Az 85260

PCF PROPERTIES IN TEXAS LLC.
A SUBSIDARY OF PCF INVESTMENTS INC.
2711 Centerville Road
Wilmington De 19808

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

United States Courts
Southern District of Texas
FILED
DEC 19 2023
Nathan Ochsner, Clerk of Court

PRIMARY RESIDENTIAL MORTTAGE INC.
1480 N 2200 W
Salt Lake City Utah 84116

STEWART TITLE COMPANY
1360 Post Oak Blvd.
Houston Tx. 77056

STEWART TITLE GUARANTY COMPANY
1360 Post Oak Blvd.
Houston Tx. 77056