UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| THE RESIGNATION OF | § | ALL PENDING CHAPTER 13 CASES |
| CHAPTER 13 TRUSTEE | § | ASSIGNED TO TRUSTEE HEITKAMP |
| WILLIAM E. HEITKAMP AND | § | |
| NOTICE OF APPOINTMENT OF | § | |
| SUCCESSOR CHAPTER 13 TRUSTEE | § | |
| TIFFANY D. CASTRO | § | |

### UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF SUCCESSOR CHAPTER 13 STANDING TRUSTEE

NOTICE IS HEREBY GIVEN THAT:

1. William E. Heitkamp, Chapter 13 Standing Trustee, ("Trustee Heitkamp") has resigned from all of his Southern District of Texas cases effective 11:59 p.m. on December 31, 2023.

2. The United States Trustee, having accepted Trustee Heitkamp's resignation, has appointed, pursuant to 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, Tiffany D. Castro as the successor Chapter 13 Standing Trustee ("Tiffany D. Castro, Chapter 13 Trustee") for the Southern District of Texas, effective January 1, 2024, in all of Trustee Heitkamp's open chapter 13 cases. (All of Trustee Heitkamp's open chapter 13 cases shall hereinafter be referred to as "Heitkamp's Chapter 13 Cases.")

3. Effective January 1, 2024, the United States Trustee, pursuant to 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, will transfer and assign all of Heitkamp's Chapter 13 Cases, to:

Tiffany D. Castro, Chapter 13 Trustee
9821 Katy Freeway
Ste. 590
Houston, TX 77024
Telephone number: (713) 722-1200
Email: tiffany_c@ch13hou.com

1

4. The bond for Tiffany D. Castro, Chapter 13 Trustee, is fixed under the general blanket bond heretofore authorized by the United States Trustee pursuant to 11 U.S.C. § 322 and Fed.R.Bankr.P. 2010(a).

5. Pursuant to Fed.R.Bankr.P. 2012(b), Tiffany D. Castro, Chapter 13 Trustee, as the successor Chapter 13 Standing Trustee in Heitkamp's Chapter 13 Cases, shall prepare, file, and transmit to the Court and the United States Trustee, a separate accounting of the prior administration of each of Heitkamp's Chapter 13 Cases within thirty (30) days of the effective date of the transfer of each case.

Date: January 4, 2024

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Millie Aponte Sall*
  Millie Aponte Sall
  Assistant U.S. Trustee
  Tex. Bar No. 01278050/Fed. ID No. 11271
  515 Rusk, Suite 3516
  Houston, Texas 77002
  (713) 718-4650 – Telephone
  (713) 718-4670 – Fax
  Email: millie.sall@usdoj.gov