UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Bankruptcy Case |
| | § | |
| **ELIZABETH THOMAS,** | § | 23-34971-H5-13 |
| | § | |
| Debtor | § | Chapter 13 |

### NOTICE OF APPEARANCE AND NOTICE OF BANKRUPTCY

NOW COMES **P.C.F. Properties in TX, LLC**, Creditor and Party-in-Interest, and files its Notice of Appearance and Request for Notices of all documents filed in the above-numbered and styled case. All future correspondence and/or pleading regarding this case should be directed to the below mentioned address:

Respectfully submitted,

BARRY AND SEWART, PLLC


_/s/ John V. Burger_
John V. Burger
Texas Bar No. 03378650
SD Id. No. 13176
Barry & Sewart, PLLC
4151 S.W. Frwy Suite 680
Houston, TX 77027
Tel:    713-722-0281
Fax:    713-722-8673
Email: john@barryandsewart.com
Email: bankruptcy@burgerlawfirm.com

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing was served to all parties in interest listed below by electronic delivery as allowed by the Federal and Local Rules of Bankruptcy Procedure and the and on the attached sheet by first class United States mail, postage prepaid, on or before the January 10, 2024.


_/s/ John V. Burger_
John V. Burger