UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Bankruptcy Case |
| | § | |
| **ELIZABETH THOMAS,** | § | **23-34971-H5-13** |
| | § | |
| Debtor | § | Chapter 13 |

## NOTICE OF TERMINATION OF THE AUTOMATIC STAY
## PURSUANT 11 U.S.C. § 362(c)(3)(A)

Comes now, **P.C.F. Properties in TX, LLC.**, a party-in-interest, and serves notice that the Automatic Stay of 11 U.S.C. § 362(a) has terminated pursuant to 11 U.S.C. § 362(c)(3)(A). Debtor, Elizabeth Thomas, filed Case No. 18-23676, in the United States Bankruptcy Court for the Southern District of New York, which was dismissed on the Debtor's motion on November 21, 2023. Debtor, Elizabeth Thomas, filed this case on December 19, 2023, invoking the automatic stay for thirty (30) days. The Debtor did not seek to extend, and this Court did not grant and extension of the automatic stay under 11 U.S.C. § 362(c)(3)(B). Therefore, the automatic stay of 11 U.S.C. § 362(a) terminated as to Debtor, this case, and all parties to be stayed, effective January 18, 2024.

Respectfully submitted,

BARRY AND SEWART, PLLC
*/s/ John V. Burger*
John V. Burger
Texas Bar No. 03378650
SD Id. No. 13176
Barry & Sewart, PLLC
4151 S.W. Frwy Suite 680
Houston, TX 77027
Tel:   713-722-0281
Fax:   713-722-8673
Email: john@barryandsewart.com
Email: bankruptcy@burgerlawfirm.com

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the forgoing was served to all parties in interest listed below by electronic delivery as allowed by the Federal and Local Rules of Bankruptcy Procedure and the and on the attached sheet by first class United States mail, postage prepaid, on or before the January 22, 2024.

                                                        /s/ *John V. Burger*
                                                        John V. Burger

# CREDITORS MATRIX

United States Courts
Southern District of Texas
FILED

DEC 19 2023

Nathan Ochsner, Clerk of Court

Capital One Auto Finance, a division of
Capital One, N.A.
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

FLAGSTONE LENDING GROUP
4750 West Wiley Way
Salt Lake City. Utah 84116

MARY A. LESTER
3507 Loure Ln
Houston Tx 77082

MIRAMAR LAKE HOMEOWNERS ASSOCIATION
1100 Corporate Centre Dr.
Houston Tx. 77041

MTH LENDING GROUP L.P.,
550 Westcott
Houston Tx 77007

MERITAGE HOMES OF TEXAS LLC.
18655 North Claret Dr.
Scottsdale Az 85255

MERITAGE HOMES CORPORATION
8800 East Raintree Drive
Scottsdale Az 85260

PCF PROPERTIES IN TEXAS LLC.
A SUBSIDARY OF PCF INVESTMENTS INC.
2711 Centerville Road
Wilmington De 19808

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

PRIMARY RESIDENTIAL MORTTAGE INC.
1480 N 2200 W
Salt Lake City Utah 84116

STEWART TITLE COMPANY
1360 Post Oak Blvd.
Houston Tx. 77056

STEWART TITLE GUARANTY COMPANY
1360 Post Oak Blvd.
Houston Tx. 77056