**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 29, 2024
Nathan Ochsner, Clerk

In Re: Elizabeth Thomas, Debtor

Case No.: 23–34971
Chapter: 13

## ORDER RESETTING CONFIRMATION HEARING

1. The hearing on confirmation of the Debtor(s)' proposed plan is continued until 3/25/24 at 09:30 AM.

Signed and Entered on Docket: 1/29/24.

_____
Jeffrey P. Norman
United States Bankruptcy Judge