IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: ELIZABETH THOMAS §
§   CASE NO. 23- 34971-H5-13
Debtor(s) §   Chapter 13

## ORDER FOR ACH PAYMENTS AND DEBTOR(S)' CERTIFICATION

The Debtor(s) have enrolled in the Chapter 13 Trustee's program that works through the Automated Clearing House network (the "ACH Program"). The Debtor(s) have submitted a certification of eligibility to enroll in the ACH Program. The Debtor(s) understand that chapter 13 plan payments must be made by ACH to the Chapter 13 Trustee. The Debtor(s) are responsible for assuring that sufficient funds are available for the Chapter 13 Trustee to withdraw on the available ACH date or dates chosen by the Debtor(s).

The Debtor(s) are ordered to pay $75.00 each month to the Chapter 13 Trustee by ACH. This amount will be increased or decreased by the Debtor(s) without further order to reflect the amounts due under any (i) amended proposed plan; (ii) proposed modification of a plan; or (iii) Notice of Plan Payment Adjustment, except to the extent stayed by Court order.

Within 7 days of entry of this Order, the Debtor(s) are ordered to submit to the Chapter 13 Trustee (i) an Authorization Agreement for Automatic Debit Origination; and (ii) an original voided check.

The Debtor(s) may not terminate the automatic debit (ACH) except as further ordered by the Court.

Signed the _____ day of _____, 20__.

_____
U.S. Bankruptcy Judge

## DEBTOR'S CERTIFICATION OF ELIGIBILITY

The Debtor(s) certify that the Debtor(s) are self-employed or do not receive wage or salary income in an amount equal to or greater than the Debtor(s)' monthly plan payment. To evidence the Debtor(s)' enrollment, the debtors have sent the Chapter 13 Trustee an Authorization Agreement for Automatic Debit Origination form with an original voided check. (Need to obtain voided check - I have signed up w my TFS)

Date: 1/2/2024

_Elizabeth Thomas_
Debtor

_____
Debtor (if joint)

Southern District of Texas Chapter 13 Form (Last Revised August 8, 2023)