United States Courts
Southern District of Texas
FILED

JAN 31 2024

Nathan Ochsner, Clerk of Court

# UNITED STATES BANKRPUCTYCOURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON: TEXAS

In re ELIZABETH THOMAS  
*Debtor*

Case No. 23-34971  
Chapter 13

## VERIFICATION OF CONTRIBUTION

1. The undersigned hereby declare the following under penalty perjure.

2. I am Robert Thomas the son of Elizabeth Thomas.

3. I will contribute $600.00 per monthly to Elizabeth Thomas monthly expenses or Chapter .13 plan.

Signed the 29th day of December 2023

_____  
Robert L Thomas

SUBSCRIBED AND SWORN, to before me this 29th day of December 2023

_____  
Notary Public

Brenna R Renoc  
My Commission Expires  
2/1/2026  
Notary ID  
133564855