IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ELIZABETH THOMAS | § | Case No. 23-34971 |
| Debtor | § | (Chapter 13) |

## PROTECTION ORDER NOTICE

**PLEASE TAKE NOTICE**, that on December 18, 2023, the 280th Judicial District Court, Harris County Texas, in the case styled as ELIZABETH THOMAS vs. TONY HALARIS, a/k/a P.C.F. PROPERTIES IN TX LLC., under cause No. 2023-85745, issued a Temporary Ex Parte Protection Order effective immediately without notice to the other side, which has been extended.

P.C.F. PROPERTIES IN TX LLC., is a Texas limited liability company with similar named as the Judgment Creditor PCF Properties in Texas LLC, whom is *not* a Texas limited liability company these two entities are unrelated separate and distinct should be confused as one and the same.

The Temporary Ex Parte Protection Order was filed and granted in the case because there is a clear and present danger that the Respondent TONY HALARIS, a/k/a P.C.F. PROPERTIES IN TX LLC will commit acts of stalking, following or engage in that is reasonably likely to harass, annoy, alarm, abuse, torment, or embarrass them or cause acts of violence that will cause the Applicant, and/or Other Adults named below immediate and irreparable injury ,loss, and damage, for which there is no adequate remedy at law.

The Temporary Ex Parte Protection Order; ORDERS that TONY HALARIS, a/k/a P.C.F. PROPERTIES IN TX LLC, is prohibited from stalking, following or engage in that is

reasonably likely to harass, annoy, alarm, abuse, torment, such as invading ELIZABETH THOMAS privacy, interfering is her personal life, stalking her in court proceedings;

Respondent TONY HALARIS, a/k/a P.C.F. PROPERTIES IN TX LLC, is ORDERED *not* to communicate or attempt to communicate in any manner with: ELIZABETH THOMAS.  The Respondent may communicate through:_____or other person ✔**the Court appoints.** Good cause exists for prohibiting the Respondent's TONY HALARIS, a/k/a P.C.F. PROPERTIES IN TX LLC, direct communications with ELIZABETH THOMAS.

The court has not yet appoint anyone for whom TONY HALARIS, a/k/a P.C.F. PROPERTIES IN TX LLC communicate or attempt to communicate in ***any*** manner with ELIZABETH THOMAS.

TONY HALARIS, a/k/a P.C.F. PROPERTIES IN TX LLC and its counsel John V. Burger and the Barry & Sewart PLLC, has successfully turned this civil case into a criminal case in the State of Texas, State of Delaware and the State of New York:

In the State of New York the Attorney General Office of New York filed a Complaint with the U.S. Department Justice in New York on behalf of Ms. Thomas against P.C.F. PROPERTIES IN TX LLC., whom has commence to posting its business card with a picture of monkey with a noose around its neck with a message using the "N-Word" to get out to Ms. Thomas then property front door, dead animals with nooses around their necks hanging form the tree in the front of the house, and stuff animals monkeys hanging with noose around their necks in the back yard. Found on Ms. Thomas car and Robert Thomas truck were flyers with a picture of the death of Emmett Till, flyers with picture of African Americans being lynched.

The U.S. Department Justice New York (Southern District), has received dozens of complaints form other African American in Ms. Thomas subdivision that collaborated her allegations the department believes that P.C.F. PROPERTIES IN TX LLC., actions in violation of "The Emmett Till Antilynching Act of 2022." The investigations includes bribery and obstruction of justice as John V. Burger thru the course of litigation with the Debtor Elizabeth Thomas sand Co-Debtors sends out these e-mails that threatens and accurately predicts the court's ruling and/or decision in his favor before they are even made.

In the State of Delaware the U.S. Department Justice is investigating John V. Burger for bankruptcy fraud. Burger illegally as a unlicensed Delaware Attorney appeared without local counsel before the bankruptcy court in the case styled as In re PCF Investment Inc., a/k/a PCF Properties in Texas LLC., cause No. 23-10378, for a remand hearing to remand for the case styled as *James Allen, Allan Haye and Robert L. Thomas vs. PCF Investments Inc, its Subsidiary PCF Properties in Texas LLC.,* vs. Elizabeth Thomas and James M. Andersen back to the 80th District Court, Harris County, Texas cause No. 2020-35780. Burger falsely represented to the court that PCF Investment Inc., a/k/a PCF Properties in Texas LLC., were not the proper to the lawsuit in the 80th District Court instead P.C.F. PRPERTIES IN TX LLC., was when in fact they had been non-suited on February 18, 2022. The Texas Rangers have since been joined for public corruption.

P.C.F. PROPERTIES IN TX LLC., is not a party in interest, including a trustee, creditors committee, equity securities holders committee, a creditor, an <u>equity security holder</u>, or an indentured trustee, may not raise or appear and be heard on any issue in this case under chapter 13.

4 | P a g e

Dated: February 1, 2024

                                  Respectfully submitted

                                  By/s*/Elizabeth Thomas*
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.com
*Debtor*

**Certificate of Service and Certificate of Compliance with BLR 4001**

    A copy of this motion was served on the persons shown on exhibit "1" at the addresses reflected on that exhibit on February 1, 2024  by prepaid United States first class mail. Debtor certifies that debtor has complied with Bankruptcy Local Rule 4001.

                                  By/s*/Elizabeth Thomas*
                                  Elizabeth Thomas Pro, Se

# CREDITORS MATRIX

United States Courts
Southern District of Texas
FILED

DEC 19 2023

Nathan Ochsner, Clerk of Court

Capital One Auto Finance, a division of
Capital One, N.A.
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

FLAGSTONE LENDING GROUP
4750 West Wiley Way
Salt Lake City Utah 84116

MARY A. LESTER
3507 Loure Ln
Houston Tx 77082

MIRAMAR LAKE HOMEOWNERS ASSOCIATION
1100 Corporate Centre Dr.
Houston Tx. 77041

MTH LENDING GROUP L.P.,
550 Westcott
Houston Tx 77007

MERITAGE HOMES OF TEXAS LLC.
18655 North Claret Dr.
Scottsdale Az 85255

MERITAGE HOMES CORPORATION
8800 East Raintree Drive
Scottsdale Az 85260

PCF PROPERTIES IN TEXAS LLC.
A SUBSIDARY OF PCF INVESTMENTS INC.
2711 Centerville Road
Wilmington De 19808

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

PRIMARY RESIDENTIAL MORTTAGE INC.
1480 N 2200 W
Salt Lake City Utah 84116

STEWART TITLE COMPANY
1360 Post Oak Blvd.
Houston Tx. 77056

STEWART TITLE GUARANTY COMPANY
1360 Post Oak Blvd.
Houston Tx. 77056