IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ELIZABETH THOMAS § | | Case No. 23-34971 |
| Debtor § | | (Chapter 13) |
| § | | |
| Elizabeth Thomas *et al*, § | | |
| *App*ellants § | | |
| vs. § | | |
| § | | |
| PCF Properties in Texas LLC § | | |
| . § | | |
| *Apellees* § | | |

**MOTION FOR ENTRY OF AGREED ORDER CONDITIONING AUTOMATIC STAY [AND CO-DEBTORS STAY] REGARDING A CIVIL PROCEEEDING**

**THIS IS A MOTION FOR ENTRY OF AN AGREED ORDER CONDITIONING THE AUTOMATIC STAY.  IF YOU OBJECT TO THE GRANTING OF RELIEF, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT.  IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT WITHIN 14 DAYS OF THE DATE THIS WAS MAILED TO YOU.  IF NO TIMELY OPPOSITION IS FILED, THE COURT MAY GRANT THE RELIEF WITHOUT A HEARING.**

1. Movant James M. Andersen (Co-Debtors),
2. t  Elizabeth Thomas (debtor).
3. Creditor: PCF Properties in Texas LLC.
4. The Movant, James M. Andersen Debtor Elizabeth Thomas, Co-Debtor James Allen, Allan Haye, Robert L. Thomas (the "Appellants")  and  the Creditor PCF Properties in Texas LLC (the "Appellee") are all parties to Appeal pending before  the First Court of Appeals of Houston under cause No. 01-23-00331-CV.
5. On December 19, 2023, the Movant, James M. Andersen Debtor Elizabeth Thomas, Co-Debtor James Allen, Allan Haye, Robert L. Thomas (the "Appellants")  and  the Creditor PCF Properties in Texas LLC (the "Appellee") after reaching a binding settlement agreement as to all claims filed a motion to dismissal the appeal as moot.
6. The motion seeks relief as the Movant, James M. Andersen Debtor Elizabeth Thomas, Co-Debtor James Allen, Allan Haye, Robert L. Thomas (the "Appellants")  and  the Creditor PCF Properties in Texas LLC (tbe "Appellee") as stated above on December 18, 2023, entered a binding settlement agreement as to all claims now seeks the First Court of Appeals of Houston to rule on their pending motion to dismiss.
7. .The Creditor PCF Properties in Texas LLC (the "Appellee"), is represented in the First Court of Appeals by *Alzadia L. Spires, Esq.*, Managing Partner of the Spires Law Firm, Attorney Spires does not have a SBN number in the U.S. Southern District Courts Movant has conferred with Attorney Spires whom along with the Creditor/Appellee PCF Properties in Texas LLC., do not oppose this motion,
8. Movant, Debtor, Co-Debtors and Creditor have agreed to condition the automatic stay pursuant to the terms of the attached agreed order. Accordingly the parties request entry of the agreed order.

Date: February 1, 2024.

                        Respectfully submitted,

                        THE JAMES M. ANDERSEN LAW FIRM

                        /s/James M. Andersen

                        James M. Andersen
                        Attorney at Law
                        Texas State Bar No. 01165850
                        SBN: 20144
                        P. O. Box 58554
                        Webster, Texas 77598-8554
                        Tel. (281)488-2800
                        Fax. (281)480-4851
                        E-Mail:jandersen.law@gmail.com

### Certificate of Conference

On January 31, 2024, the Movant James M. Andersen conferred with Attorney Alzadia Spires counsel of record for the Creditor PCF Properties in Texas LLC in the First Court of Appeals in Houston as to whether she agrees with Creditor PCF Properties in Texas LLC with the filing of this motion and counsel agreed.

                        /s/James M. Andersen
                        James M. Andersen

### Certificate of Service and Certificate of Compliance with BLR 4001

A copy of this motion was served on the persons shown on exhibit "1" at the addresses reflected on that exhibit on January 31, 2024 by prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

                        /s/James M. Andersen
                        James M. Andersen

# CREDITORS MATRIX

United States Courts
Southern District of Texas
FILED

DEC 19 2023

Nathan Ochsner, Clerk of Court

Capital One Auto Finance, a division of
Capital One, N.A.
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

FLAGSTONE LENDING GROUP
4750 West Wiley Way
Salt Lake City Utah 84116

MARY A. LESTER
3507 Loure Ln
Houston Tx 77082

MIRAMAR LAKE HOMEOWNERS ASSOCIATION
1100 Corporate Centre Dr.
Houston Tx. 77041

MTH LENDING GROUP L.P.,
550 Westcott
Houston Tx 77007

MERITAGE HOMES OF TEXAS LLC.
18655 North Claret Dr.
Scottsdale Az 85255

MERITAGE HOMES CORPORATION
8800 East Raintree Drive
Scottsdale Az 85260

PCF PROPERTIES IN TEXAS LLC.
A SUBSIDARY OF PCF INVESTMENTS INC.
2711 Centerville Road
Wilmington De 19808

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

1 | Page

PRIMARY RESIDENTIAL MORTTAGE INC.
1480 N 2200 W
Salt Lake City Utah 84116

STEWART TITLE COMPANY
1360 Post Oak Blvd.
Houston Tx. 77056

STEWART TITLE GUARANTY COMPANY
1360 Post Oak Blvd.
Houston Tx. 77056