**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re: ELIZABETH THOMAS** § | | **Case No. 23-34971** |
| Debtor § | | (Chapter 13) |
| § | | |
| **Elizabeth Thomas** *et al*, § | | |
| *App*ellants § | | |
| **vs.** § | | |
| § | | |
| **PCF Properties in Texas LLC** § | | |
| *Appellee* § | | |

**AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
AND THE CO-DEBTOR STAY
This Order Resolves Docket # \_\_\_\_)**

James M. Andersen ("Movant"), Debtor Elizabeth Thomas Co-Debtors James Allen, Allan Haye and Robert L. Thomas (the Appellants") and Judgment Creditor PCF Properties in Texas LLC, (the "Appellee") has together filed this agreed to motion for relief from the automatic stay as to Debtor Elizabeth Thomas and Co-Debtors in order to proceed in Appeal pending before the First Court of Appeals of Houston under cause No. 01-23-00331-CV . Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)'Elizabeth Thomas l signature below, Movant James M. Andersen Co-Debtors James Allen, Allan Haye and Robert L. Thomas Creditor PCF Properties in Texas LLC, have agreed to the requested relief.

     Accordingly, it is ordered that Motion is granted leave from the automatic stay [and the co-debtor stay,] to pursue Appeal pending before the First Court of Appeals of Houston under cause No. 01-23-00331-CV remedies.

Judge signature block

## ALL PARTIES AGREE

By:/s/*James M. Andersen*
James M. Andersen
Attorney at Law
Texas State Bar No.01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Fax. (281)480-4851
jandersen.law@gmail.com
For Movant and Co-Debtor

By/s/*Elizabeth Thomas*
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.com
   Debtor

By/*s/ James Allen*
James Allen Pro, Se
256 Andover Dr.
Doraville, GA 30360
jamesallenthegreat74@gmail.com
   Co-Debtor

By/*s/ Robert L. Thomas*
Robert L. Thomas Pro, Se
3400 Cypresswood
Houston Tx. 77070
Robert9thomas@yahoo.com
      Co-Debtor

By */s/ Allan Haye*
Allan Haye Pro, Se
   4548 NW 6th Ct
      Ocala FL 33475
         Co-Debtor

By /s/ *Omar Perez*
 Omar Perez Pro, Se
 Managing Member
 PCF Investments its Subsidiary
 PCF Properties in Texas LLC
 2711 Centerville Road
 Wilmington, De. 19808
   Judgment Creditor

By *Alzadia Spires*
Alzadia Spires a.r.r., without prejudice,
       Without recourse
       Texas State Bar No: 24099975
       17515 Spring Cypress Rd #C602
       Cypress Texas 77429
     Tel: (713) 417-4662
       Email: alzadia@spireslawfirm.com
       Attorney for Appellee
        PCF   Properties in Texas LLC