Friday, November 27, 2020    County Clerk Harris County, Texas

RP-2020-116398

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## SUBSTITUTE TRUSTEE'S DEED

**Deed of Trust Date:**
10/19/2007
**Original Grantor(s)/Mortgagor(s):**
ELIZABETH THOMAS, AN UNMARRIED PERSON
**Original Beneficiary/Mortgagee:**
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. ("MERS") SOLELY AS A
NOMINEE FOR FLAGSTONE LENDING GROUP,
ITS SUCCESSORS AND ASSIGNS
**Current Beneficiary/Mortgagee:**
JPMorgan Chase Bank, National Association
**Property County:**
HARRIS

**Recorded in:**
**Volume:** 051-26
**Page:** 2293
**Instrument No:** 20070643669

**Foreclosure Sale Date:**
3/3/2020
**Foreclosure Sale Time:**
12:34 pm
**Sale Amount:**
$218,000.00

**Grantee/Buyer:**
P.C.F. PROPERTIES IN TX, LLC
**Grantee/Buyer Address:**
6046 FM 2920 RD STE 160
SPRING, TX 77379

**Legal Description of Property:** LOT TWENTY-FIVE (25), IN BLOCK TWO (2), OF MIRAMAR LAKE SECTION THREE (3), A SUBDIVISION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED UNDER FILM CODE NO. 553018 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

Grantor conveyed the Property to Trustee in trust to secure payment of the Note. Beneficiary declared that Grantor defaulted in performing the obligations of the Deed of Trust. Current Beneficiary of the Note, accordingly, has appointed Substitute Trustee, as authorized under the Deed of Trust, and has requested Substitute Trustee to enforce the trust.

Notices stating the time, place, and terms of sale of the property were mailed, posted and filed, as required by law. Substitute Trustee sold the property to Buyer, who was the highest bidder at the public auction, for the amount of sale in the manner prescribed by law. The subject sale was conducted no earlier than 10am as set forth in the Notice of Substitute Trustee's Sale and was concluded within three (3) hours thereafter. All matters, duties and obligations of Beneficiary were lawfully performed as evidenced by the affidavit(s) attached hereto and made a part hereof for all purposes.

Substitute Trustee, by the authority conferred by Current Beneficiary and by the Deed of Trust, subject to prior liens and other exceptions in the Deed of Trust, if any, and for the amount of sale paid by buyer as consideration, grants, sells and conveys to Buyer, buyer's heirs, executors, administrators, successors or assigns forever, the property together with all rights and appurtenances belonging to Grantor. Substitute Trustee binds Grantor and Grantor's heirs, executors, administrators, successors or assigns, to Buyer's heirs, executors, administrators, successors or assigns against every person lawfully claiming to warrant and defend all right, title and interest in the property or any part thereof.

WITNESS MY HAND, this 6th day of March, 2020

Anna Sewart or David Barry or Byron Sewart or Keith Wolfstrohl or Helen Henderson or Patricia Poston
Substitute Trustee

STATE OF TEXAS §
COUNTY OF Harris §

Before me, the undersigned Notary Public, on this day personally appeared Anna Sewart or David Barry or Byron Sewart or Keith Wolfstrohl or Helen Henderson or Patricia Poston as Substitute Trustee, known to me or proved to me through a valid State driver's license or other official identification described as _____, to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 6th day of March, 2020

Notary Public Signature

KAMELIA NAMAZI
Notary Public, State of Texas
Comm. Expires 02-20-2024
Notary ID 132366713

EXHIBIT
1

After recording return to:
McCarthy & Holthus, LLP
1255 West 15th Street, Suite 1060
Plano, TX 75075

MH FILE NO.: TX-16-28836-FC



**AFFIDAVIT**

STATE OF      TEXAS           §
COUNTY OF   COLLIN          §

BEFORE ME, the undersigned authority on this day personally appeared Cindy Mendoza, who after being duly sworn, deposed as follows:

"1.      I am a duly authorized agent of McCarthy & Holthus, LLP, attorney for JPMorgan Chase Bank, National Association (mortgage servicer and duly authorized agent of the Current Beneficiary and Mortgagee as referenced in the foregoing Substitute Trustee's Deed) at the time of the events hereinafter set forth and make this affidavit to the best of my knowledge and belief for the purpose of declaring the incidents of statutory and contractual compliance of the entity or entities set out below.

2.      This affidavit is made with respect to the foreclosure of that certain Deed of Trust dated 10/19/2007, recorded in      Volume: 051-26 Page: 2293 Instrument No: 20070643669      of the Real Property Records, HARRIS County, Texas, executed by ELIZABETH THOMAS, AN UNMARRIED PERSON, borrower(s), to TWILA L. GROOMS, Trustee, to secure payment of a Note to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS A NOMINEE FOR FLAGSTONE LENDING GROUP, ITS SUCCESSORS AND ASSIGNS.

3.      To the best of my knowledge and belief, proper notice was sent prior to acceleration of indebtedness.  All obligations duties of the holder of the debt were performed in the manner required by law and all notices were served on the Debtor at the Debtor's last known address as shown by the records of the holder of the debt.

4.      To the best of my knowledge and belief, the mortgagors holding an interest in the above described property 1) were not members of the Armed Forces of the United States of America or were not protected by the Servicemembers' Civil Relief Act or Tex. Prop. Code § 51.015 on the date of the Trustee's Sale, and 2) were alive at the time of the foreclosure sale or, if deceased, the subject Trustee's Sale is not void or voidable pursuant to Tex. Estates Code § 256.003.

5.      At the instruction and on behalf of the note holder or its agent, notice of acceleration of indebtedness and Notice of Trustee's Sale was served on every Debtor obligated on the debt, in strict compliance with the Texas Property Code, by certified mail at least twenty-one (21) days prior to the date therein specified for sale at the last known address of each such Debtor according to the records of the mortgage servicer..

6.      At the instructions and on behalf of the holder of the debt or its agent, Notice of Trustee's Sale was filed with the County Clerk in the county or counties in which the subject property is situated and copies thereof posted at said courthouse(s) as required by law and in the manner specified by ordinance or custom."

FURTHER AFFIANT SAYETH NAUGHT.

Executed on: _3/12/20_

AFFIANT – Cindy Mendoza, Authorized Agent of McCarthy & Holthus, LLP

STATE OF      TEXAS           §
COUNTY OF   COLLIN          §

Sworn to and subscribed before me, the undersigned Notary Public, on this day personally appeared_Cindy Mendoza_, who is a duly authorized agent of McCarthy & Holthus, LLP, on behalf of said law firm, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office dated this _12_ day of _March_, _2020_.

_____
Notary Public Signature

ANGELA K WOOLSTON
Notary Public, State of Texas
Comm. Expires 07-16-2020
Notary ID 1210113-8

After recording return to:
McCarthy & Holthus, LLP
1255 West 15th Street, Suite 1060
Plano, TX  75075                    MH FILE NO.: TX-16-28836-FC



Friday, November 27, 2020

County Clerk Harris County, Texas

RP-2020-116398

RP-2020-116398
# Pages 3
03/13/2020 11:49 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
DIANE TRAUTMAN
COUNTY CLERK
Fees  $20.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS





I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office
This November 27, 2020

Teneshia Hudspeth, County Clerk
Harris County, Texas

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

