

# TRESPASS WARNING

Date (Fecha): 01/21/2024

To: Thomas, Elizabeth

Location (Localizacion): 8202 Terra Valley LN

You are hereby notified that your presence on the property indicated above is without authorization. This is your notice to vacate the premises. If you fail to do so, or you vacate and return, you will be subject to arrest for Trespassing.

This notice has been delivered to you by Deputy Peterson @ 1800
(Esta aviso se ha entregado usted cerca)

## Advertencia de Traspaso

Se le(s) notifica que su presencia en la propiedad se ha indicado anteriormente es sin autorización. Esto es un aviso de desalojar la propiedad. Si no lo hace(n), o abandona(n) y regresa(n), usted(es) será(n) sujeto a ser arrestado por entrar sin autorización.

Avalop, DIRECTOR
Signature of Property Owner or Supervisor
P.C.G. PROPERTIES IN TX, LLC

Refused to Sign
Signature of Trespasser

Revised 04.17.2013

Main Office:
6831 Cypresswood Drive
Spring, Texas 77379
(281) 401-6205 Office
(281) 401-6287 Facsimile

Humble Office:
7900 Will Clayton Pkwy.
Humble, Texas 77338
(281) 446-1196 Office
(281) 446-0691 Facsimile

Training & Investigations:
330 Meadowfern
Houston, Texas 77067
(281) 401-6225 Office
(281) 401-6344 Facsimile