1 | P a g e

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:   ELIZABETH THOMAS | § | Case No. 23-34971 |
| Debtor | § | (Chapter 13) |
| | § | |

**CERFICATE OF SERVICE**

    I, James M. Andersen, the undersigned, Movant/Part in Interest hereby certify that I have transmitted via Electric Case Filing as it appears on this date of on February 5, 2024, in the Court registered e-filers of CM/ECF and or via e-mail, U.S Mail, postage prepaid, a true and correct copy of the forgoing "Order Setting Hearing" on the Motion for Entry of Agreed Order Conditioning Automatic Stay (ECF No. 30) to all creditors attached in Exhibit1- and all other registered e-filers of CM/ECF parties of record and upon:

**Via –E-mail**
James Allen
jamesallenthegreat74@gmail.com
Party in Interest

**Via –E-mail**
Robert L. Thomas
Robert9thomas@yahoo.com
Party in Interest

**Via –E-mail**
Allan Haye
AllanHaye23@gmail.com
Party in Interest

**Via –E-mail**
Elizabeth Thomas
elizthomas234@gmail.com
Debtor

**Via –E-mail**
PCF Properties in Texas LLC.
pcfpropertiesintexasllc456@gmail.com
Creditor

**Via –E-mail**
Attorney Alzadia Spires
alzadia@spireslawfirm.com
Creditor Counsel

**Via-US Mail**
U.S. Department of Justice
Southern District of New York
86 Chambers St,
New York, NY 10007
Criminal Division
Attn: ▇▇▇▇▇

**Via-US Mail**
U.S. Department of Justice
Of Delaware
1313 N Market Street
Wilmington, DE 19801
Bankruptcy Fraud Unit
Attn: ▇▇▇▇▇

1 | P a g e

    Respectfully submitted

        **JAMES M. ANDERSEN**
        **ATTORNEY AT LAW**

    By:/s/*James M. Andersen*
    James M. Andersen
    Attorney at Law
    Texas State Bar No.01165850
    P. O. Box 58554
    Webster, Texas 77598-8554
    Tel. (281)488-2800
    Fax. (281)480-4851
    jandersen.law@gmail.com
    Movant James M. Andersen

# CREDITORS MATRIX

United States Courts
Southern District of Texas
FILED

DEC 19 2023

Nathan Ochsner, Clerk of Court

Capital One Auto Finance, a division of
Capital One, N.A.
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

FLAGSTONE LENDING GROUP
4750 West Wiley Way
Salt Lake City Utah 84116

MARY A. LESTER
3507 Loure Ln
Houston Tx 77082

MIRAMAR LAKE HOMEOWNERS ASSOCIATION
1100 Corporate Centre Dr.
Houston Tx. 77041

MTH LENDING GROUP L.P.,
550 Westcott
Houston Tx 77007

MERITAGE HOMES OF TEXAS LLC.
18655 North Claret Dr.
Scottsdale Az 85255

MERITAGE HOMES CORPORATION
8800 East Raintree Drive
Scottsdale Az 85260

PCF PROPERTIES IN TEXAS LLC.
A SUBSIDARY OF PCF INVESTMENTS INC.
2711 Centerville Road
Wilmington De 19808

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

PRIMARY RESIDENTIAL MORTTAGE INC.
1480 N 2200 W
Salt Lake City Utah 84116

STEWART TITLE COMPANY
1360 Post Oak Blvd.
Houston Tx. 77056

STEWART TITLE GUARANTY COMPANY
1360 Post Oak Blvd.
Houston Tx. 77056