UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ELIZABETH THOMAS | § | Case No. 23-34971(JPN) |
| Debtor | § | (Chapter 13) |
| _____ | § | |
| Elizabeth Thomas *et al*, | § | |
| *App*ellants | § | |
| vs. | § | |
| | § | |
| PCF Properties in Texas LLC et al. | § | |
| . | § | |
| *Apellees* | § | |
| _____ | § | |

**NOTICE OF WITHDRAWAL OF MOTION TO LIFT STAY**

On January 31, 2024 ,James M. Andersen ( the "Movant") Debtor Elizabeth Thomas, Co-Debtors James Allen, Allan Haye Robert L. Thomas and Creditor PCF Properties in Texas LLC., filed a Joint Agreed to Motion to Lift the Stay [Doc. 38]. Movants now files this Notice to inform the Court that he is withdrawing his previously filed Motion to Lift the Stay.  Bankruptcy

Date: February 14, 2024.

      Respectfully submitted,

      THE JAMES M. ANDERSEN LAW FIRM

      /s/James M. Andersen
      James M. Andersen
      Texas State Bar No. 01165850
      SBN: 20144
      P. O. Box 58554
      Webster, Texas 77598-8554
      Tel. (281)488-2800
      Fax. (281)480-4851
      E-Mail:jandersen.law@gmail.com

2 | P a g e

## Certificate of Service

A copy of this motion was served on the persons shown on exhibit "1" at the addresses reflected on that exhibit and all pro. se parties and counsel if any of record on February 14, 2024 by prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

/s/ James M. Andersen

James M. Andersen