IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ELIZABETH THOMAS § | | Case No. 23-34971 (JPN) |
| Debtor § | | (Chapter 13) |
| § | | |
| Elizabeth Thomas *et al*, § | | |
| *App*ellants § | | |
| vs. § | | |
| § | | |
| PCF Investment Inc a/k/a PCF Properties in § | | |
| Texas  LLC. § | | |
| *Apellees* § | | |

**MOTION FOR ORDER SHORTENING TIME FOR NOTICE OF THE HEARING TO CONSIDER EXPEDITED APPLICATION FOR ENTRY OF AN AGREED TO ORDER <u>LIFTING  THE AUTOMATIC STAY</u>**

T**HIS IS A MOTION FOR ENTRY OF AN AGREED ORDER CONDITIONING THE AUTOMATIC STAY.  IF YOU OBJECT TO THE GRANTING OF RELIEF, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT.  IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT WITHIN 14 DAYS OF THE DATE THIS WAS MAILED TO YOU.  IF NO TIMELY OPPOSITION IS FILED, THE COURT MAY GRANT THE RELIEF WITHOUT A HEARING.**

1. Movant James M. Andersen (Co-Debtor),
2. The Movant, debtor Elizabeth Thomas, co-debtors James Allen, Allan Haye, Robert L. Thomas and the Creditor: PCF Investments Inc., a/k/a/ PCF Properties in Texas LLC., were all parties to Chapter 7 bankruptcy in the U.S. Bankruptcy Court for the District of Delaware under case No. 23-10378  filed on March 30, 2023.
3. On March 30, 2023, the Movant filed with the Clerk of the U.S. Bankruptcy Court for the District of Delaware a Notice of Removal ("Adversary Proceeding"), pursuant to Rule 9027 removing cause No. 2020-35780, in the case styled as *James Allen and Allan Haye vs. PCF Investments Inc., its subsidiary PCF Properties in Texas LLC vs. Elizabeth Thomas and James M. Andersen*, from the 80th District Court, Harris County, Texas into case No. 23-10378  in the U.S. Bankruptcy Court of Delaware.
4. On May 1, 2023, the Honorable Judge Thomas M Horan U.S.B.J., at the request of the Movant, debtor Elizabeth Thomas, co-debtors James Allen, Allan Haye, Robert L. Thomas dismissed PCF Investments Inc., a/k/a/ PCF Properties in Texas LLC., Chapter 7 bankruptcy petition.
5. On August 25, 2023, the Movant, debtor Elizabeth Thomas, co-debtors James Allen, Allan Haye, Robert L. Thomas, filed in the U.S. Bankruptcy Court for the District of Delaware under case No. 23-10378 (i) Motion to Reopen (ii) Motion for Relief from a Prior Judgment and (iii) Motion for a Remand Order. On August 30, 2023, the court denied all three motions.
6. On September 12, 2023, the Debtor Elizabeth Thomas filed timely Notice of Appeal of the denial of all three (3) motions in the U.S. Federal District Court of Delaware under case, No. 23-CV-01047.

7. On October 23, 2023, Judge Christopher J. Burke U.D.S.J., in the U.S. Federal District Court of Delaware issued an mediation order Pursuant to Court's July 19, 2023 Standing Order regarding procedures governing mediation of all appeals from the United States Bankruptcy Court for the District of Delaware. See **Ex**.1
8. The Movant, debtor Elizabeth Thomas, co-debtors James Allen, Allan Haye, Robert L. Thomas and the Creditor: PCF Investments Inc., a/k/a/ PCF Properties in Texas LLC., have entered on December 17, 2023, into a binding settlement agreement as to all claims and seek file the settlement agreement so as to dismiss the appeal
9. The Movant, debtor Elizabeth Thomas, co-debtors James Allen, Allan Haye, Robert L. Thomas, seeks the record to reflect that P.C.F. PROPERTIES IN TX LLC, is a Texas Limited Liability Company **Ex**. 2, with a similar name to the creditor PCF Properties in Texas LLC, whom is _**not**_ a Texas Limited Liability Company. **Ex**.3. These two entities are unrelated separate and distinct.
10. P.C.F. PROPERTIES IN TX LLC, Texas Limited Liability Company is not a party the Appeal in the U.S. District Court of Delaware under case No. 23-CV-01047, presently pending before the Honorable Chief Judge Colm F. Connolly, .U.S.D.J.
11. The Movant, debtor Elizabeth Thomas, co-debtors James Allen, Allan Haye, Robert L. Thomas and the Creditor: PCF Investments Inc., a/k/a/ PCF Properties in Texas LLC., are not seeking to litigate before this court the parties merely seek the court to lift the stay or determine no stay is in effect.
12. The Movant, debtor Elizabeth Thomas, co-debtors James Allen, Allan Haye, Robert L. Thomas and the Creditor: PCF Investments Inc., a/k/a/ PCF Properties in Texas LLC have agreed to condition the automatic stay pursuant to the terms of the attached agreed order. Accordingly the parties request entry of the agreed order on a expedite basis.

Date: February 15, 2024.

                                                Respectfully submitted,

                                       THE JAMES M. ANDERSEN LAW FIRM

                                              _/s/James M. Andersen_
                                              James M. Andersen
                                              Attorney at Law
                                              Texas State Bar No. 01165850
                                              SBN: 20144
                                              P. O. Box 58554
                                              Webster, Texas 77598-8554
                                              Tel. (281)488-2800
                                              Fax. (281)480-4851
                                              E-Mail:jandersen.law@gmail.com

## Certificate of Conference

On February 15, 2024, the Movant James M. Andersen conferred with Attorney Alzadia Spires counsel of record for the Creditor PCF Properties in Texas LLC in the First Court of Appeals in Houston as to whether she agrees with Creditor PCF Properties in Texas LLC with the filing of this motion and counsel agreed.

/s/James M. Andersen
James M. Andersen

**Certificate of Service and Certificate of Compliance with BLR 4001**

A copy of this motion was served on the persons shown on exhibit "1" at the addresses reflected on that exhibit on February 15, 2024 by prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

/s/James M. Andersen
James M. Andersen

# CREDITORS MATRIX

United States Courts
Southern District of Texas
FILED

DEC 19 2023

Nathan Ochsner, Clerk of Court

Capital One Auto Finance, a division of
Capital One, N.A.
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

FLAGSTONE LENDING GROUP
4750 West Wiley Way
Salt Lake City Utah 84116

MARY A. LESTER
3507 Loure Ln
Houston Tx 77082

MIRAMAR LAKE HOMEOWNERS ASSOCIATION
1100 Corporate Centre Dr.
Houston Tx. 77041

MTH LENDING GROUP L.P.,
550 Westcott
Houston Tx 77007

MERITAGE HOMES OF TEXAS LLC.
18655 North Claret Dr.
Scottsdale Az 85255

MERITAGE HOMES CORPORATION
8800 East Raintree Drive
Scottsdale Az 85260

PCF PROPERTIES IN TEXAS LLC.
A SUBSIDARY OF PCF INVESTMENTS INC.
2711 Centerville Road
Wilmington De 19808

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

PRIMARY RESIDENTIAL MORTTAGE INC.
1480 N 2200 W
Salt Lake City Utah 84116

STEWART TITLE COMPANY
1360 Post Oak Blvd.
Houston Tx. 77056

STEWART TITLE GUARANTY COMPANY
1360 Post Oak Blvd.
Houston Tx. 77056