| | | |
|---|---|---|
| Corporations Section<br>P.O.Box 13697<br>Austin, Texas 78711-3697 | | Jane Nelson<br>Secretary of State |

# Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, hereby certifies that a diligent search of the records of this office was performed on the name PCF Properties in Texas.  It is further certified that the search revealed the following:

- There is no record of a domestic corporation, professional corporation, professional association, limited partnership, limited liability partnership, or limited liability company by the name searched.
- There is no record of a foreign corporation, professional corporation, professional association, limited partnership, limited liability partnership, limited liability company, business trust, real estate investment trust, or other foreign filing entity with a registration to transact business by the name searched.
- There is no record of an out-of-state financial institution registration by the name searched.
- There is no record of an assumed name certificate on file by the name searched.
- There is no record to indicate that a designation of agent for service of process is on file for a Texas financial institution, unincorporated nonprofit association, or a defense base development authority by the name searched.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on September 08, 2023.



Jane Nelson
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

| | | |
|---|---|---|
| Phone: (512) 463-5555 | Fax: (512) 463-5709 | Dial: 7-1-1 for Relay Services |
| Prepared by: Cody Jacobs | TID: 10256 | Document: 1282942760002 |