United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ELIZABETH THOMAS | § | Case No. 23-34971 |
| Debtor | § | (Chapter 13) |
| | § | |
| Elizabeth Thomas *et al*, | § | |
| *App*ellants | § | |
| vs. | § | |
| | § | |
| PCF Investment Inc a/k/a PCF Properties in Texas LLC. | § § | |
| Debtors | § | |

## AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND THE CO-DEBTOR STAY
This Order Resolves Docket # 47)

James M. Andersen ("Movant"), Debtor Elizabeth Thomas Co-Debtors James Allen, Alland Haye and Robert L. Thomas and Judgment Creditor PCF Properties in Texas LLC, has filed this motion for relief from the automatic stay as to Debtor Elizabeth Thomas and Co-Debtors in order to proceed in a civil processing pending in U.S. Federal District Court of Delaware under case No. 23-CV-01047. Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Movant Debtor(s), Co-Debtors and Creditor have agreed to the requested relief.

Accordingly, it is ordered that Motion is granted leave from the automatic stay [and the co-debtor stay,] to pursue its U.S. Federal District Court of Delaware remedies.

Signed: February 16, 2024

_____
Jeffrey P. Norman
United States Bankruptcy Judge

**ALL PARTIES AGREE**

By:/s/*James M. Andersen*
James M. Andersen
Attorney at Law
Texas State Bar No.01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Fax. (281)480-4851
jandersen.law@gmail.com
For Movant and Co-Debtor

By/s/*Elizabeth Thomas*
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.com
   Debtor

By/*s/ James Allen*
James Allen Pro, Se
256 Andover Dr.
Doraville, GA 30360
jamesallenthegreat74@gmail.com
   Co-Debtor

By/*s/ Robert L. Thomas*
Robert L. Thomas Pro, Se
3400 Cypresswood
Houston Tx. 77070
Robert9thomas@yahoo.com

                Co-Debtor

By */s/ Allan Haye*
Allan Haye Pro, Se
4548 NW 6th Ct
Ocala FL 33475
    Co-Debtor


   By /s/ Omar Perez
  Omar Perez Pro, Se
  Managing Member
  PCF Investments its Subsidiary
  PCF Properties in Texas LLC
 2711 Centerville Road
 Wilmington, De. 19808
  Judgment Creditor

 The Spires Law Firm PLLC
By /S/Alzadia Spires
 Alzadia Spires a.r.r. without
prejudice without recourse
SBN: 24099975
7515 Spring Cypress Rd #C602
Cypress Texas 77429
 Tel: (713) 417-4662
  Email: alzadia@spireslawfirm.com
PCF Properties in Texas LLC.