# TEXAS SECRETARY of STATE
# JANE NELSON

EXHIBIT-1 P.C.F. PROPERTIES IN TX LLC, CORRECT SPELLING AS TEXAS LLC

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800450156 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 7, 2005 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 12023712081 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | P.C.F. PROPERTIES IN TX, LLC | | |
| **Address:** | 848 N RAINBOW BLVD STE 3041 LAS VEGAS, NV 89107 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 81939270002 | Articles of Organization | February 7, 2005 | February 7, 2005 | No | 2 |
| | 90215640002 | Articles of Amendment | May 10, 2005 | May 10, 2005 | No | 2 |
| | 90656470002 | Articles of Amendment | May 16, 2005 | May 16, 2005 | No | 2 |
| | 136212050001 | Public Information Report (PIR) | December 31, 2006 | July 11, 2006 | No | 1 |
| | 185077920001 | Public Information Report (PIR) | December 31, 2007 | September 7, 2007 | No | 1 |
| | 259161710001 | Public Information Report (PIR) | December 31, 2008 | May 23, 2009 | No | 1 |
| | 281837360001 | Public Information Report (PIR) | December 31, 2008 | November 2, 2009 | No | 1 |
| | 276646280001 | Public Information Report (PIR) | December 31, 2008 | September 24, 2009 | No | 1 |
| | 281814460001 | Public Information Report (PIR) | December 31, 2008 | November 2, 2009 | No | 4 |
| | 281719913653 | Change of Office by Registered Agent | October 30, 2009 | October 30, 2009 | No | 1 |
| | 312321760001 | Public Information Report (PIR) | December 31, 2009 | June 17, 2010 | No | 1 |
| | 336882900001 | Public Information Report (PIR) | December 31, 2010 | October 27, 2010 | No | 1 |
| | 522512640001 | Public Information Report (PIR) | December 31, 2013 | January 4, 2014 | No | 1 |
| | 569882510001 | Public Information Report (PIR) | December 31, 2014 | September 24, 2014 | No | 1 |
| | 623186880001 | Public Information Report (PIR) | December 31, 2015 | August 13, 2015 | No | 1 |
| | 744186660001 | Public Information Report (PIR) | December 31, 2016 | June 13, 2017 | No | 1 |
| | 773284610001 | Public Information Report (PIR) | December 31, 2017 | November 12, 2017 | No | 1 |
| | 1022578080001 | Public Information Report (PIR) | December 31, 2020 | January 23, 2021 | No | 1 |
| | 1118649250001 | Public Information Report (PIR) | December 31, 2021 | February 8, 2022 | No | 1 |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.