EXHIBIT-2- THOMAS
NOTICE OF APPEAL



## IN THE UNITED STATES BANKRUPCTY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: PCF INVESTMENTS INC.      Case No. 23-10378-THM
        a.k.a. PCF Properties' In Texas LLC.      (Chapter 7)

*Debtor(s)*

---

## NOTICE OF APPEAL

Elizabeth Thomas hereby file this "Notice of Appeal" Order entered on August 30 2023 (i) Denying Exparate Emergency Motion for order to Reopen case (Doc 32); (ii) Order Denying ExParate Motion for Relief From Judgment pursuant to Fed. R. Bank. 9024 (Doc. 33) and (iii) Order Denying ExParate Motion for Remand Order from the United States Bankruptcy Court the District of Delaware under Title 11, of the United States Code, in Case No. 23-10378-(TMH). To the United States District Court for District of Delaware.

Respectfully submitted

/s/ Elizabeth Thomas
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington, DC 20002
346-818-0862
Tethomas3@aol.com