| Query | Reports ▾ | Utilities ▾ | Help | Log Out |

STAYED,PRO-SE

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:23-cv-01047-CFC

| | |
|---|---|
| Thomas v. PCF Investments | Date Filed: 09/26/2023 |
| Assigned to: Judge Colm F. Connolly | Jury Demand: None |
| Case in other court:  USBK/DE BAP No., 23-00055 | Nature of Suit: 422 Bankruptcy Appeal (801) |
|                     USBK/DE No., 23-10378 (TMH) | Jurisdiction: Federal Question |
| Cause: 28:0158 Bankruptcy Appeal from Judgment/Order | |

**Debtor**

**PCF Investments**
*also known as*
PCF Properties in Texas, LLC

**Appellant**

**Elizabeth Thomas**  represented by  **Elizabeth Thomas**
712 H Street, NE, #2487
Washington, DC 20002
PRO SE

V.

**Appellee**

**PCF Investments**
*also known as*
PCF Properties in Texas, LLC

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2023 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT appealing the Order entered on 08/30/2023 by Judge Thomas M. Horan in Bankruptcy case number 23-10378 (TMH). Fee Status (No IFP, No Fee Paid).- filed by Elizabeth Thomas. (Attachments: # 1 Order on Appeal, # 2 Order on Appeal, # 3 Memorandum Order on Appeal, # 4 Certificate of Service, # 5 Bankruptcy Transmittal Form, # 6 Civil Cover Sheet) (vfm) (Entered: 09/26/2023) |
| 09/26/2023 | | NO DESIGNATION OF RECORD FILED (vfm) (Entered: 09/26/2023) |
| 09/26/2023 | | Notice of Bankruptcy Appeal Record Availability. DESIGNATED RECORD on Appeal is available electronically from the docket sheet on file in the Bankruptcy Court. Please do not send paper courtesy copies of the record on appeal to the Clerk's Office unless otherwise directed by chambers. (vfm) (Entered: 09/26/2023) |
| 09/26/2023 | 2 | NOTICE of Docketing Bankruptcy Appeal. (vfm) (Entered: 09/26/2023) |
| 09/26/2023 | 3 | Local Counsel Letter sent via mail. Notice of Compliance deadline set for 10/26/2023. (vfm) (Entered: 09/26/2023) |
| 09/26/2023 | | Remark: A copy of the docket sheet and D.I. 2 have been mailed to the Pro-Se filer. (vfm) (Entered: 09/26/2023) |
| 09/27/2023 | | Case Assigned to Judge Colm F. Connolly. Please include the initials of the Judge (CFC) after the case number on all documents filed. (rjb) (Entered: 09/27/2023) |
| 10/23/2023 | 4 | ORAL ORDER: Pursuant to this Court's July 19, 2023 Standing Order regarding procedures governing mediation of all appeals from the United States Bankruptcy Court for the District of Delaware, IT IS HEREBY ORDERED that on or before 11/13/2023 by 4:00 p.m., the parties shall each submit to the Clerk of the Court a letter, no longer than three (3) single-spaced pages in 12-point font, in which the parties shall: (1) state their respective positions as to whether mediation of the instant case by a United States Magistrate Judge would or would not be beneficial at this time (and why); and (2) advise whether the parties previously attempted mediation or some other ADR process. Should the parties advise that mediation would not be beneficial at this time, and that the case should be removed from the Court's mandatory mediation process, the parties should also include a proposed briefing schedule for the instant appeal. The parties' letters shall not be docketed, but shall instead be e-mailed to Randall Lohan at DED_BankruptcyAppeals@ded.uscourts.gov . Ordered by Judge Christopher J. Burke on 10/23/23. **COPY MAILED TO PRO-SE PARTY AT ADDRESS OF RECORD**(rcl) (Entered: 10/23/2023) |
| 11/16/2023 | 5 | ORDER, within thirty (30) days from the date of this Order, Appellant will pay the $298 filing fee, payable to the United States Bankruptcy Court for the District of Delaware or submit a complete application to proceed without prepayment of fees to the United States District Court. Appellant's failure to comply with this Order may result in the dismissal of this appeal without prejudice. Signed by Judge Colm F. Connolly on 11/16/2023. (Attachments: # 1 IFP Long Form) (vfm) (Entered: 11/16/2023) |
| 12/19/2023 | 6 | MOTION for Leave to Proceed in forma pauperis - filed by Elizabeth Thomas. (Attachments: # 1 Cover Letter, # 2 Envelope)(mpb) (Entered: 12/19/2023) |
| 12/27/2023 | 7 | ORDER, Appellant's Motion for Leave to Proceed in forma pauperis (D.I. 6 ) is GRANTED. Signed by Judge Colm F. Connolly on 12/27/2023. (mpb) (Entered: 12/27/2023) |
| 01/08/2024 | 8 | SUGGESTION OF BANKRUPTCY Upon the Record as to Elizabeth Thomas by Elizabeth Thomas. (Attachments: # 1 Exhibit A)(apk) (Entered: 01/09/2024) |
| 01/25/2024 | | ORAL ORDER: Upon consideration of the Suggestion of Bankruptcy (D.I. 8) filed by appellant, this appeal is stayed pending conclusion of appellant's bankruptcy proceedings. Case stayed. Ordered by Judge Colm F. Connolly on 1/25/2024. (nmf) (Entered: 01/25/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/06/2024 10:54:03 | | | |
| **PACER Login:** | jmanderse4625 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-01047-CFC Start date: 1/1/1975 End date: 2/6/2024 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |