United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 14, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-34971 |
| **ELIZABETH THOMAS,** § | |
| § | |
| Debtor. § | |
| § | |
| § | **CHAPTER 13** |

### ORDER VACATING AGREED ORDER (ECF NO. 48) AND LIFTING THE AUTOMATIC STAY

Before the Court is the Motion to Vacate (ECF No. 49) hearing was held on March 14, 2024. The Court had previously entered an Agreed Order lifting the stay for litigation pending in the Federal District Court of Delaware, case no. 23-CV-01047.

The Movant P.C.F. PROPERTIES IN TX, LLC has concerns that the Agreed Order will be misrepresented by the parties to the Agreed Order as this Court's approval of any pleadings, settlement documents or claims in the Motion to Lift Stay (ECF No. 47) on which the Court entered the agreed order. The Court is not so concerned but for purposes of clarity states what it believes to be obvious in its prior order. This Court has adjudicated nothing between any of the parties to or potential parties to the litigation in case no. 23-CV-01047. This Court takes no position as to any of the claims or potential claims raised in that litigation or the Motion to Lift Stay. **This Court has simply lifted the automatic stay so that the litigation in Delaware may proceed.**

The Agreed Order at ECF NO. 49 is vacated, however, the automatic stay is lifted for all purposes as to cause number 23-CV-01047 pending in the Federal District Court of Delaware.

**SO ORDERED.**

SIGNED 03/14/2024

_____
Jeffrey Norman
United States Bankruptcy Judge