Case 23-34971   Document 63   Filed in TXSB on 03/17/24   Page 1 of 1

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 17, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34971 |
| ELIZABETH THOMAS, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 13 |

## ORDER OF DISMISSAL

The filing fee in this case has not been paid as ordered (ECF No. 7). Accordingly, this case is dismissed with prejudice for 180 days or until the filing fee is fully paid in this case, whichever event occurs earlier.

**SO ORDERED**.

SIGNED 03/16/2024

_____
Jeffrey Norman
United States Bankruptcy Judge