**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 04, 2024

Nathan Ochsner, Clerk

In Re: Elizabeth Thomas

**Debtor(s)**

Case No.: 23–34971

Chapter: 13

## *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Tiffany D Castro is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 12/4/24

_____
Jeffrey P. Norman
United States Bankruptcy Judge